**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST, ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND, and SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND,<br><br>        Plaintiffs,<br><br>  v.<br><br>SANDOVAL SWEEPING, INC., a California corporation,<br><br>        Defendant. | CASE NO.: 2:24-cv-3596-JLS-MAR<br><br>**JUDGMENT** |

The Court having reviewed the Stipulation for Entry of Judgment in favor of Plaintiffs and against Defendant (Doc. 19), and for good cause shown,

**HEREBY ORDERS, ADJUDGES AND DECREES** that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Engineers Contract Compliance Committee Fund, and Southern California Partnership for Jobs Fund, shall recover from Defendant, Sandoval Sweeping, Inc., a California corporation, the principal amount of $269,143.18, together with interest thereon at the rate of 8% per annum from April 8, 2025, until paid in full.

Dated: April 11, 2025

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE